THE PEOPLE OF THE STATE OF NEW YORK ex rel. S. C. F. REALTY CORPORATION et al., Appellants, *v.* WILLIAM J. WEISE, as City Assessor of the City of White Plains, et al., Respondents.

(Submitted November 17, 1936; decided December 1, 1936.)

*David Tepp* for appellants.

*William R. Condit, Corporation Counsel (John H. Shetron* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.